# United States Bankruptcy Court
## District of Nevada

In re  Bernadette Marie Berdella  
Debtor(s)

Case No. 10-10596  
Chapter 7

## Notice of Change of Address

Debtor's Social Security Number:  xxx-xx-7808

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  Bernadette Marie Berdella

Street:  8053 Hesperides Avenue

City, State and Zip:  Las Vegas, NV 89131

Telephone #:

**Please be advised that effective _____, 20___,  
my (our) new mailing address and telephone number is:**

Name:  Bernadette Marie Berdella

Street:  8129 Danaides Court

City, State and Zip:  Las Vegas, NV 89131

Telephone #:

Bernadette Marie Berdella  
Debtor